UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAREALE J. TURNER,<br>Petitioner,<br>v.<br>INTERNAL REVENUE SERVICE,<br>Respondent. | Case No. 19-cv-00554-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed without prejudice to petitioner filing a new civil action to assert his claims against respondent.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 12, 2019

_____
SUSAN ILLSTON
United States District Judge